UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

LAURA (GODOY) NICOLE v. COMMISSIONER
OF SOCIAL SECURITY
1:05-CV-1083 (FJS/GJD)

_____

PETER M. MARGOLIUS, ESQ.
Catskill, New York 12414
Attorney for Plaintiff

## ORDER

Plaintiff brings this action seeking review of the decision of the

Commissioner of Social Security denying her application for disability benefits.

On August 30, 2005, plaintiff's complaint was filed.  On August 31, 2005, I

issued an Order granting plaintiff's application to proceed in forma pauperis, and

ordered that plaintiff's attorney serve a copy of the complaint, summons and my

Order upon the United States Attorney for the Northern District of New York.

The Order also directed plaintiff's attorney to complete service of process by

serving the Commissioner of Social Security and the Attorney General of the

United States in accordance with Rule 4 of the Federal Rules of Civil Procedure.

A review of the file indicates that a summons was issued by the Clerk on

September 1, 2005, but it does **not** appear that the summons and complaint were

served upon the defendant.

WHEREFORE, based on the above, it is hereby

ORDERED, **that the attorney for plaintiff is directed to effect service of the summons and complaint upon the defendant within thirty (30) days of receipt of this Order,** and it is further

ORDERED, that the Clerk serve a copy of this Order on the attorney for plaintiff and the United States Attorney for the Northern District of New York.

Dated: November 15, 2005

_____
Hon. Gustave J. DiBianco
U.S. Magistrate Judge